UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| ROBERT JOINTER | ) |
| | ) CASE NO. 17-31119-DHW-13 |
| Debtor(s). | ) |

OBJECTION TO CONFIRMATION

Now comes GUARDIAN CREDIT UNION, by its attorneys, Chambless Math ❖ Carr, P.C., and objects to confirmation of the Debtor's proposed plan and in support thereof states as follows:

1. This creditor has filed a Court Claim #2 in the amount of $24,123.54 which is secured by one 2013 HYUNDAI GENESIS.

2. The collateral securing the debts of the creditor is grossly undervalued and/or the specified monthly payment is insufficient to provide this creditor with adequate protection against depreciation of its interest over the term of the plan. The plan proposes to value the collateral at $12,000.00 whereas the NADA retail value is $20,025.00.

3. The plan fails to provide an appropriate adequate protection payment. An appropriate adequate protection payment amount should be $220.00 or approximately 1% of the value of the collateral.

4. The plan improperly lists Guardian Credit Union as the creditor for other collateral being paid through the plan.

WHEREFORE, GUARDIAN CREDIT UNION, prays for an Order denying confirmation along with such further relief as the Court may deem proper.

GUARDIAN CREDIT UNION

By: /s/ Leonard N. Math

Of Counsel:
Chambless Math ❖ Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
(334) 272-2230
lmath@chambless-math.com

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below by electronic notice and/or depositing a copy thereof in the United States mail postage prepaid on this June 14, 2017.

SABRINA L. MCKINNEY
Chapter 13 Trustee
PO BOX 173
MONTGOMERY AL 36101

RICHARD D SHINBAUM
SHINBAUM & CAMPBELL
PO BOX 201
MONTGOMERY AL 36101

ROBERT JOINTER
317 JEFFERY DRIVE
MONTGOMERY AL 36108

/s/ Leonard N. Math