**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

IN RE:

ROBERT JOINTER
SSAN: XXX-XX-0137

Case No. 17-31119-DHW
Chapter 13

_____ Debtor(s)

### TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on April 20, 2017.

2. The debtor(s) §341 Meeting of Creditors was held June 08, 2017.

3. The debtor(s) overall pay record is 147%.

(**X**) The Trustee has not received the debtor(s) tax returns as required by 11 U.S.C. § 521.

(**X**) The debtor(s)' plan fails to meet the best interest of creditors test as discussed at the 341.

(**X**) The schedules fail to list a class action lawsuit and the plan has not been amended to pledge non-exempt lawsuit proceeds.

(**X**) The plan provides the debtor will pay for a 2007 Ford F150 and a 2008 Hyundai to Guardian as secured through the plan. The debtor testified both debts were paid in full.

(**X**) The debtor was to amend the schedules and plan to reflect he owns two 2010 Freightliners and one 2012 Freightliner.

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s) plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this July 03, 2017.

Sabrina L. McKinney
Chapter 13 Standing Trustee

By: /s/*Tina J. Hayes*
_____
Tina J. Hayes
Staff Attorney

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL  36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: hayest@ch13mdal.com

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this  July 03, 2017.

Copy to: DEBTOR(S)
    RICHARD D SHINBAUM

/s/*Tina J. Hayes*
_____
Tina J. Hayes
Staff Attorney